**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 1:15-cv-23511-UU

PASCAL JEAN,

      Plaintiff,

v.

THE PALMS SOUTH BEACH, INC.

      Defendant.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court after a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record, and is otherwise fully

advised of the premises.

This action was removed to this Court from the Circuit Court of the Eleventh Judicial Circuit

in and for Miami-Dade County, Case No. 2015-0118722-ca-1. D.E. 1. Upon review of Plaintiff's

Complaint, the Court is without knowledge as to whether Plaintiff has exhausted Plaintiff's

administrative remedies.  42 U.S.C. § 2000e-5(e)(1); *Wilkerson v. Grinnell Corp.*, 270 F.3d 1314,

1317 (11th Cir. 2001) ("Before a potential plaintiff may sue for discrimination under Title VII, she

must first exhaust her administrative remedies.").  The Complaint is devoid of any allegations as to

whether Plaintiff has filed a charge with the Equal Employment Opportunity Commission ("EEOC")

or whether Plaintiff has received a right to sue letter from the EEOC.  Accordingly, it is

ORDERED AND ADJUDGED that Plaintiff SHALL show cause in writing, not to exceed

three pages, on or before **Monday, September 28, 2015**, as to why the Complaint should not be

dismissed for failure to exhaust administrative remedies.  **Failure to respond to this Order will**

**result in dismissal of this action without further notice.**

1

DONE AND ORDERED in Miami, Florida this 21st__ day of September, 2015.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record